NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,                   )
                                    )
            Appellant,              )
                                    )
v.                                  )     Case No. 2D18-3951
                                    )
VICTORIA SILVA,                     )
                                    )
            Appellee.               )
_____)

Opinion filed November 6, 2019.

Appeal from the Circuit Court for
Hillsborough County; Mark D. Kiser,
Judge.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellant.

Howard L. Dimmig, II, Public Defender,
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellee.


PER CURIAM.

            Affirmed.


SILBERMAN, BADALAMENTI, and SMITH, JJ., Concur.